UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Brookstone Company, Inc. | ) | |
|  Plaintiff, | ) | CIVIL ACTION NO. |
|  | ) | 04-10907-MEL |
| v. | ) | |
|  | ) | |
| Sharper Image Corp. | ) | |
|  Defendant. | ) | |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: May 17, 2004                /s/ George H. Howarth
Boston, Massachusetts                 Deputy Clerk