# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil  No.  04-10907

   Title:   Brookstone Company Inc. v. Sharper Image Corp.

## **N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lasker has been reassigned to Judge Saris for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials PBS.

Thank you for your cooperation in this matter.

                                    TONY ANASTAS
                                    CLERK OF COURT

                        By:   /s/Christine Patch
                                    Deputy Clerk

Date:   5/18/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                                    [ntccsasgn.]