UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHARPER IMAGE CORPORATION,<br><br>    Defendant. | Civil Action No.  04 10907 MEL |

**PLAINTIFF'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.3(A), Plaintiff Brookstone Company, Inc. states that it is a wholly-owned subsidiary of Brookstone, Inc., which is a publicly traded Delaware corporation with its principal place of business located at 17 Riverside St., Nashua, New Hampshire.

                                                    **RESPECTFULLY SUBMITTED**

                                                    Brookstone Company Inc.

                                                    By Its Attorneys,

| | |
|---|---|
| | /s/ Jonathan D. Cohen |
| OF COUNSEL: | Jonathan D. Cohen BBO No. 600081 |
| George G. Matava, Esq. | **GREENBERG TRAURIG, LLP** |
| Brian A. Carpenter, Esq. | One International Place |
| **GREENBERG TRAURIG, LLP** | Boston, MA  02110 |
| 1200 Seventeenth Street, Suite 2400 | (617) 310-6000 |
| Denver, CO  80202 | |
| (303) 572-6500 | |

July 1, 2004