UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROOKSTONE COMPANY, INC.,

Plaintiff,

v.

SHARPER IMAGE CORPORATION,

Defendant.

Civil Action No. 04 10907 PBS

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF ALAN L. BARRY, AMY O'TOOLE, AND NOELLE J. QUINN

Defendant, Sharper Image Corporation, by and through its attorneys Dechert LLP, hereby moves that Alan L. Barry, Amy O'Toole, and Noelle J. Quinn of Bell, Boyd, & Lloyd LLC be admitted pro hac vice in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavits of Alan L. Barry, Amy O'Toole and Noelle J. Quinn.

Plaintiffs' counsel has indicated its assent to this motion.

By its Attorneys,

DECHERT LLP

_____
Timothy C. Blank (BBO No. 548670)
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7154
Fax: (617) 426-6567
Attorneys for Sharper Image Corporation

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON _July 2004_

_____

226981.1.49