UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROOKSTONE COMPANY, INC.,

Plaintiff,

v.

SHARPER IMAGE CORPORATION,

Defendant.

Civil Action No. 04 10907 PBS

### AFFIDAVIT OF ALAN L. BARRY

I, Alan L. Barry, certify that:

1. I am a member of the Bar of the State of Illinois and admitted to practice before: (See Attached List).

2. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

By its Attorneys,

BELL, BOYD & LLOYD LLC.

Alan L. Barry
70 West Madison Street, 31st Floor
Chicago, IL 60602
(312)372-1121
Fax: (312)827-8000

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON _____

608769/D/1254203.1.BOSHRTHAR_49

## ADMISSION OF ALAN L. BARRY PRO HAC VICE

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| U.S. Dist. Ct. for N.D. Ill. | 1981 | Yes |
| U.S. Ct. of Appeals for 11th Cir. | 1982 | Yes |
| U.S. Ct. of Appeals for Fed. Cir. | 1983 | Yes |
| U.S. Supreme Court | 1984 | Yes |
| U.S. Dist. Ct. for So. Dist. of Fla. | 1984 | Yes |
| U.S. Ct. of Appeals for 7th Cir. | 1989 | Yes |
| U.S. Dist. Ct. for So. Dist. Ind. | 1991 | Yes |
| U.S. Dist. Ct. for C.D. Cal. | 1995 | Yes |
| U.S. Dist. Ct. for E.D. WI | 1999 | Yes |
| U.S. Dist. Ct. for Middle Dist. Fla. | 1999 | Yes |
| U.S. Dist. Ct. for N.D. Cal. | 2000 | Yes |
| U.S. Dist. Ct. for So. Dist. Cal. | 2002 | Yes |
| U.S. Dist. Ct. for West. Dist. MI | 2002 | Yes |
| U.S. Dist. Ct. for Colorado | 2003 | Yes |

528411/D/1