UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROOKSTONE COMPANY, INC.,

Plaintiff,

v.

SHARPER IMAGE CORPORATION,

Defendant.

**Civil Action No. 04 10907 PBS**

**AFFIDAVIT OF AMY O'TOOLE**

I, Amy O'Toole, certify that:

1. I am a member of the Bar of the State of Illinois and admitted to practice in the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois, U.S. Court of Appeals for the Federal Circuit and U.S. Court of Appeals for the 7th Circuit.

2. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON July 8, 2004

BELL, BOYD & LLOYD, LLC

Amy G. O'Toole
70 West Madison Street, 31st Floor
Chicago, IL 60602
(312)372-1121
Fax: (312)827-8000

608771/D/1254204.1.BOSHRTHAR_49