UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHARPER IMAGE CORPORATION,<br><br>Defendant. | Civil Action No. 04 10907 PBS |

**AFFIDAVIT OF NOELLE J. QUINN**

I, Noelle J. Quinn, certify that:

1. I am a member of the Bar of the State of Illinois and admitted to practice in the Supreme Court of Illinois, and the United States District Court for the Northern District of Illinois.

2. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

By its Attorneys,

BELL, BOYD & LLOYD, LLC

/s/ Noelle J. Quinn

Noelle J. Quinn
70 West Madison Street, 3rd Floor
Chicago, IL 60602
(312) 372-1121
Fax: (312) 827-8000

Attorneys for Sharper Image Corporation

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON July 8, 2004

608774/D/1254205.1.BOSHRTHAR_49