UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHARPER IMAGE CORPORATION,<br><br>    Defendant. | Civil Action No. 04 10907 NMG |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF GEORGE G. MATAVA AND BRIAN A. CARPENTER

Pursuant to Local Rule 83.5.3(b), Jonathan D. Cohen, who is a member of the bar of the United States District Court for the District of Massachusetts and has entered his appearance in the above-captioned matter, respectfully moves for the admission to the bar of this Court, *pro hac vice*, of George G. Matava and Brian A. Carpenter as co-counsel for the plaintiff Brookstone Company, Inc.

In support of this Motion, as set forth in the Certificates of George G. Matava and Brian A. Carpenter filed herewith: (1) they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as members of the bar of any jurisdiction; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that George G. Matava and Brian A. Carpenter be admitted to the bar of this Court, *pro hac vice*, to appear as co-counsel for the plaintiff, Brookstone Company, Inc in the above-captioned matter.

**RESPECTFULLY SUBMITTED**

Brookstone Company Inc.

By Its Attorneys,

_____
Jonathan D. Cohen, BBO No. 600081
**GREENBERG TRAURIG, LLP**
One International Place
Boston, MA 02110
(617) 310-6000

Dated: September 14, 2004

## RULE 7.1(A)(2) CERTIFICATE

I, Jonathan D. Cohen, hereby certify that I have conferred with counsel for Sharper Image Corporation and he has ASSENTED to the allowance of this motion.

_____
Jonathan D. Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party (by mail by hand) on 9/14/04.

JONATHAN D. COHEN