UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROOKSTONE COMPANY, INC.,

Plaintiff,

v.

SHARPER IMAGE CORPORATION,

Defendant.

Civil Action No. 04 10907 NMG

## CERTIFICATE OF GEORGE G. MATAVA
## FOR ADMISSION *PRO HAC VICE*

I, George G. Matava, on oath hereby state as follows:

1. I am a member of the bar of the State of Colorado and various Federal courts, including the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the District of Colorado and the Supreme Court of Colorado.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF ~~JULY~~, 2004.

*AUGUST*

George G. Matava
Bar No.: 11412
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: 303-572-6500
Facsimile: 303-572-6540

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail by hand on _____

JONATHAN D. COHEN