A-1

# Greenberg
# Traurig

John F. Farraher, Jr.
617-310-6029
farraherj@gtlaw.com

September 21, 2004

FILED
IN CLERKS OFFICE
2004 SEP 21 P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

VIA HAND DELIVERY

Mr. Craig Nicewicz
Clerk to the Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   Brookstone Company, Inc. v. Sharper Image Corporation
      Civil Action No. 04-10907-NMG

Dear Mr. Nicewicz:

Enclosed please find a copy of my Notice of Appearance as counsel for Brookstone Company, Inc. filed with the Court earlier today.

Please be advised that I will be attending the Scheduling Conference on September 30, 2004. Attorney Brian A. Carpenter, who has a *pro hac vice* admittance pending, would like to attend the Scheduling Conference telephonically as co-counsel for Brookstone. His telephone number is 303-572-6573. If you need any additional information to set up this telephonic appearance please do not hesitate to call me or my paralegal, Wendy Champagne at 617-310-6032.

Thank you for your attention to this matter.

Very truly yours,

John F. Farraher, Jr.

Enclosure
cc:   Timothy C. Blank, Esq.
      Alan L. Barry, Esq.
      Brian A. Carpenter, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | One International Place | Boston, MA 02110 | Tel 617.310.6000 | Fax 617.310.6001    www.gtlaw.com