FILED

UNITED STATES DISTRICT COURT IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 SEP 23 P 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BROOKSTONE COMPANY, INC., | |
| Plaintiff, | Civil Action No. 04 10907 PBS NMG |
| v. | |
| SHARPER IMAGE CORPORATION, | |
| Defendant. | |

## AFFIDAVIT OF HEATHER BOICE

I, Heather Boice, certify that:

1.  I am a member of the Bar of the State of Illinois and admitted to practice in the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois, and U.S. Court of Appeals for the Federal Circuit.

2.  I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BELL, BOYD & LLOYD, LLC

Heather Boice
70 West Madison Street, 31st Floor
Chicago, IL 60602
(312)372-1121
Fax: (312)827-8000

Attorneys for Sharper Image Corporation

## CERTIFICATE OF SERVICE

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS
SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY
BY MAIL (BY HAND) ON _____ Sept. 23, 2004 _____