FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 SEP 23 P 3: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

BROOKSTONE COMPANY, INC., )
)
Plaintiff, )
)
v. )  Case No. 04-10907-NMG
)
SHARPER IMAGE CORPORATION, )
)
Defendant. )

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that the above-named plaintiff and their counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

BROOKSTONE COMPANY, INC.
By its counsel

/s/ George G. Matava

George G. Matava (*Pro Hac Vice*)
Brian A. Carpenter (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500

Jonathan D. Cohen (BBO# 600081)
John F. Farraher, Jr. (BBO#568194)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
617-310-6000

BROOKSTONE COMPANY, INC.
By:

/s/ Daniel J. Burke

Daniel J. Burke, General Counsel, Duly Authorized
One Innovation Way
Merrimack, NH 03054
Telephone: (603) 577-8185

DATE: September 23, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 9/23/04