UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHARPER IMAGE CORPORATION,<br><br>Defendant. | Case No. 04-10907-NMG |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
OF CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff Brookstone Company, Inc. ("Brookstone") and Defendant Sharper Image Corporation ("Sharper Image"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), subject to the approval of this Court, that all claims and counterclaims in Civil Action No. 04-10907-NMG be and hereby are dismissed with prejudice, with each party bearing its own costs and attorney fees. Sharper Image expressly reserves the right to assert any and all defenses, and counterclaims in any future action(s) between it and Brookstone in relation to any product other than the accused Grill Fork that is the subject of this action.



IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 17, 2005

_____
Alan L. Barry (*Pro Hac Vice*)
Amy G. O'Toole (*Pro Hac Vice*)
Noelle J. Quinn (*Pro Hac Vice*)
Bell, Boyd & Lloyd LLC
70 West Madison, Suite 3300
Chicago, Illinois 60610
(312) 372-1121

Timothy C. Blank (BBO No. 548670)
Matthew A. Porter (BBO No. 630625)
Dechert LLP
200 Clarendon Street, 27th Floor
Boston, Massachusetts 02116
(617) 728-7154

e. robert (bob) wallach (SBN 29078)
Lawyer-Counsel
Law Offices of e. robert (bob) wallach, P.C.
P.O. Box 2670
San Francisco, CA 94111
(415) 989-6445

*Attorneys for Plaintiff Sharper Image Corporation*

DATED: March 17, 2005

_____
George G. Matava
Brian A. Carpenter
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
(303) 572-6573

Jonathan D. Cohen (BBO No. 600081)
John F. Farraher, Jr. (BBO No. 568194)
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
*Attorneys for Defendant Brookstone Company, Inc.*

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __4/1/05__                            _____/s/ NMGorton_____
                                             Hon. Nathaniel M. Gorton
                                             United States District Judge